IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY SAM LADD,

    Plaintiff,

vs.                                              Case No.:  3:19cv4820/LAC/HTC

NET SPEND,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 28, 2020 (Doc. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

While Plaintiff did not file any objections to the Report and Recommendation, he did file a second amended complaint on February 4, 2020 (Doc. 12), the claims and allegations of which the court has considered as it would formal objections.  I have made a de novo determination of the Report and these construed objections, and I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. Plaintiff's second motion to proceed in forma pauperis (Doc. 13) is **DENIED** as moot.

4. The Clerk is directed to close the file.

**ORDERED** on this 28th day of February, 2020.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                      Senior United States District Judge